```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    TANEDDA DUPREE
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   )  No. CR. S-06-0037 WBS
                                )
14            Plaintiff,        )
                                )  UNOPPOSED NOTICE OF MOTION AND
15      v.                      )  MOTION FOR TEMPORARY RELEASE TO
                                )  ATTEND FUNERAL SERVICES;
16  TANEDDA DUPREE,             )  [proposed] ORDER
                                )
17            Defendant.        )  Date:   December 21, 2006
                                )  Judge:  Hon. William B. Shubb
18  _____ )

19
```

Tanedda Dupree hereby moves the Court for an order that she be temporarily released from the custody of the U.S. Marshals to the third-party custody of her mother, Andrala Freeman, from 9:00 a.m. on December 27, 2006 to 3:30 p.m. that same day in order to attend funeral services for her grandmother in Sacramento at St. Jude Christian Tabernacle Church, 2828 33rd St.  The government does not oppose this motion.

**Procedural History**.  Ms. Dupree is presently in custody at the County Jail.  She has been sentenced to a term of 27 months in the Bureau of Prisons.  She has not yet been designated.  Defense counsel has spoken with

Carolyn Griffin, a supervisor at the Marshal's Office, to discuss this motion.  Ms. Griffin indicated that the Marshals will be able to release Ms. Dupree on the Court's order since she is still in custody at the Sacramento County Jail and has not been designated or transported.  She will be able to be released directly from the Marshals office on the morning of December 27, 2006 and will have to return to that office by 3:30 p.m. that same day.

**Argument**.  If Ms. Dupree were a designated federal prisoner, release to attend a funeral would be permitted under 18 U.S.C. § 3622, which authorizes temporary release of a prisoner "if there is reasonable cause to believe that a prisoner will honor the trust to be imposed in him."  A prisoner may be released to "visit a designated place for a period not to exceed thirty days," then return to the place of confinement, in order to (among other things) "attend[] a funeral of a relative."  However, because Ms. Dupree has not yet been designated by the Bureau of Prisons, her release is governed by the Bail Reform Act.

Ms. Dupree is willing to accept any conditions of release the Court may impose.  Ms. Dupree was very close with her grandmother and wishes one last chance to say goodbye.  Ms. Dupree's family will provide all transportation and support for Ms. Dupree during the release.

Our present plan is for Ms. Dupree to be released to her mother, Andrala Freeman.  Ms. Freeman has agreed to serve as her daughter's third-party custodian from the time of her release on December 27, 2006 until her return to custody.  She is willing to return Ms. Dupree to custody by 3:30 p.m. on December 27, 2006 at the Marshals Office, 501 I Street, 5th Floor.  The ceremony is scheduled for 11:00 a.m. on that day, with a graveside service at 2:00 p.m. and a family gathering shortly afterwards.

Ms. Freeman has been advised that she must spend the entire day with Ms. Dupree and that she must notify the U.S. Marshals immediately if Ms. Dupree

leaves her custody.  Ms. Dupree has likewise signed the attached declaration noting her agreement and setting forth her acknowledgment of the need to be back at the Marshals Office by 3:30 p.m. on December 27, 2006.

Defense counsel has discussed the matter with AUSA Matt Segal, who indicated that he has no opposition to this motion.  He has reviewed this written motion before filing.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  December 21, 2006        /s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for TANEDDA DUPREE

**O R D E R**

IT IS HEREBY ORDERED that Tanedda Dupree's Motion for Temporary Release is GRANTED.  Ms. Dupree shall be released by the United States Marshals Service into the third-party custody of her mother, Andrala Freeman at 9:00 a.m. on December 27, 2006.  Ms. Dupree shall return to custody at the United State Marshals Service, 501 I Street, 5th Floor, by 3:30 p.m. on December 27, 2006.

Date:  December 21, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE